# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KLENT A. HARING & MICHELLE L. HARING          Case Number: 05-74101
918 SUSAN CT.                          SSN-xxx-xx-3669 & xxx-xx-1699
DEKALB, IL  60115

Case filed on: 8/12/2005
Plan Confirmed on: 10/14/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $10,400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | RIEZMAN BERGER P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KLENT A. HARING | 0.00 | 0.00 | 975.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 975.00 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 1,115.66 | 1,115.66 | 1,115.66 | 236.46 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 3,200.00 | 3,200.00 | 3,200.00 | 355.06 |
|  | Total Secured | 4,315.66 | 4,315.66 | 4,315.66 | 591.52 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 2,474.28 | 2,474.28 | 363.00 | 0.00 |
| 004 | CAPITAL ONE | 1,189.66 | 1,189.66 | 174.53 | 0.00 |
| 005 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 6,496.77 | 6,496.77 | 953.14 | 0.00 |
| 009 | HIGH RISK OBSTETRICS & DIAG. | 87.09 | 87.09 | 12.78 | 0.00 |
| 010 | RADIOLOGISTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 301.91 | 301.91 | 44.29 | 0.00 |
| 012 | LVNV FUNDING LLC | 1,189.35 | 1,189.35 | 174.49 | 0.00 |
| 013 | UIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ALLIANT ENERGY DBA WP&L | 52.37 | 52.37 | 7.68 | 0.00 |
|  | Total Unsecured | 11,791.43 | 11,791.43 | 1,729.91 | 0.00 |
|  | Grand Total: | 18,307.09 | 18,307.09 | 9,220.57 | 591.52 |

Total Paid Claimant:  $9,812.09
Trustee Allowance:  $587.91
Percent Paid Unsecured:  14.67

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan